## (April 7, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REGINALD WILLIAMS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ JOHN KATTIS, Respondent, v. JOHN TYREAS et al., Appellants.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ JEAN ABRAMS, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ FAE KADET, Appellant, v. 131 BENNETT AVE. CORP., Respondent.— Appeal from order entered June 17, 1958 unanimously dismissed, without costs. Said determination was not made upon notice and is not appealable (Vallen v. Fifth Ave. Coach Corp., 5 A D 2d 769; Civ. Prac. Act, § 609). Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ FAE KADET, Appellant, v. 131 BENNETT AVE. CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ LOUISE B. ROE, Individually and as Administratrix of the Estate of JOHN J. ROE, Deceased, Respondent, v. STUART GOLDSMITH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ BEOL, INC., On Behalf of Itself and Other Judgment Creditors Similarly Situated, Respondent, v. HERMAN S. DORF et al., Appellants, et al., Defendants.— Order unanimously modified on the law, and in the exercise of discretion, to deny so much of the motion as struck items 10, 11, 12, 13, 15, 16, 17, 18, 20, 22, 23, 24 and 26, and otherwise affirmed, with costs to appellants. The items stricken related to allegations of the complaint and defendants are entitled to particularization thereof. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ GRACE K. GATELY, Appellant, v. 4195 BROADWAY CORPORATION, Respondent.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ MARY OSTROWSKA, Respondent, v. HENRY S. STEMPINSKI et al., Appellants.— Order unanimously reversed, on the law and on the facts, and in the exercise of discretion, and the motion for a preference under rule 151 of the Rules of Civil Practice is denied, without costs, with leave to renew on a proper affidavit by the plaintiff as to cause of action, sequelæ of injuries and financial status. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.